THE BANK OF WADESBORO, ADMINISTRATOR OF THE ESTATE OF WILLIAM DANIEL TEAL, JR.; H. P. TAYLOR, SURVIVING EXECUTOR OF THE ESTATE OF W. D. TEAL; THE BANK OF WADESBORO AND H. P. TAY-LOR, SURVIVING TRUSTEES UNDER THE WILL OF W. D. TEAL; AND THE BANK OF WADESBORO AND H. P. TAYLOR, TRUSTEES AND/OR GUARD-IANS FOR WILLIAM DANIEL TEAL, JR. v. THE ANSON SANATO-RIUM, A CORPORATION; BAPTIST ORPHANAGE OF NORTH CAROLINA, FORMERLY THE TRUSTEES OF THE MILLS HOME, FORMERLY THOMASVILLE BAPTIST ORPHANAGE, A CORPORATION; FOREIGN MISSION BOARD OF THE SOUTHERN BAPTIST CONVENTION; HOME MISSION BOARD OF THE SOUTHERN BAPTIST CONVENTION, A CORPORATION; NORTH CAROLINA BAPTIST STATE CONVENTION, A CORPORATION; ALEX-ANDER SCHOOLS, A CORPORATION; WAYNE TEAL, OLIVETTE TEAL JORDAN, CORA BARNES AND HUSBAND, LEXIE BARNES; AND THE KNOWN AND UNKNOWN HEIRS OF WILLIAM DANIEL TEAL, JR.

(Filed 27 April, 1960.)

APPEAL by all parties from *Phillips, J.,* November, 1959 Term, ANSON Superior Court.

This civil action was instituted under G.S. 1-253, *et seq.,* to have the court construe the will of W. D. Teal, declare the respective rights of legatees and devisees, and to advise the executors and trustees with respect to their duties. One of the principal beneficiaries under the will was William Daniel Teal, Jr., (formerly Joseph Laster Barnes) adopted son of the testator. Further pertinent facts are stated in the companion case, *The Bank of Wadesboro v. Olivette Teal Jordan, et al.,* decided this day. The two cases were argued, considered, and decided together by this Court.

Identically the same procedure was followed in both cases with respect to the service of process by publication on Willian Daniel Teal Jr.'s next of kin by blood, except in this case the notice was directed to the *Known* and Unknown Heirs of William Daniel Teal, Jr. The court's judgment in this case excluded the blood kin of William Daniel Teal, Jr., from succeeding through him (now deceased) to any share in the bequests and devises made to him in the Will of W. D. Teal. The appeal by all parties brings the judgment here for review.

*Taylor, Kitchen & Taylor for plaintiffs, appellants; B. T. Hill, Guardian Ad Litem for Cora Barnes, Lexie Barnes, and the known and unknown heirs of William Daniel Teal, Jr., appellants.*

*T. L. Caudle, T. L. Caudle, Jr. for defendant Olivette Teal Jordan appellant, defendant.*

*Arthur Vann, Claude V. Jones, for Wayne Teal defendant, appellant.*

*Brock & McLendon for The Anson County Hospital defendant, appellant.*

*Williams & Gwathmey for the Foreign Mission Board of the Southern Baptist Convention defendant, appellant.*

*Douglass & McMillan, for the Baptist State Convention of North Carolina defendant, appellant.*

*Jones, Reed & Griffin for The Baptist Children's Homes of North Carolina defendant, appellant.*

*Thos. J. Edwards for The Alexander Schools defendant, appellant.*

*Brock & McLendon, Carlton W. Binns for The Home Mission Board of The Southern Baptist Convention defendant, appellant.*

*Brock & McLendon, Carlton W. Binns for The Home Mission Board of The Southern Baptist Convention defendant, appellee.*

*Brock & McLendon for The Anson County Hospital defendant, appellee.*

*Williams & Gwathmey for The Foreign Mission Board of the Southern Baptist Convention defendant, appellee.*

*Douglass & McMillan for the Baptist State Convention of North Carolina defendant, appellee.*

*Jones, Reed & Griffin for the Baptist Children's Homes of North Carolina defendant, appellee.*

*Thos. J. Edwards for The Alexander Schools defendant, appellee.*

PER CURIAM. For reasons discussed in *Bank of Wadesboro v. Jordan, et al.*, decided this day, and of which we take notice (*Kelly v. Piper*, 243 N.C. 54, 89 S.E. 2d 764) this cause is remanded to the Superior Court of Anson County for legal service of process on the known next of blood kin of William Daniel Teal, Jr.

Remanded for additional parties.